UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH L. RINGCHOP, et al.,

    Plaintiffs,

  v.

ONEWEST BANK, N.A., et al.,

    Defendants.

Case No. 15-cv-00155-MEJ

**ORDER TO SHOW CAUSE**

On January 21, 2015, the Court referred this foreclosure-related action to the ADR Department for a telephone conference to assess the case's suitability for mediation or a settlement conference. Dkt. No. 7. Although the matter was scheduled for an ADR telephone conference on February 17 (Dkt. Nos. 8, 12), Plaintiffs did not appear for the conference and have subsequently failed to contact the ADR Department.

Accordingly, the Court hereby ORDERS Plaintiffs Deborah and Stephen Ringchop to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by March 17, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on March 26, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiffs that the Court may dismiss the case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: March 4, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L. RINGCHOP, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ONEWEST BANK, N.A., et al.,<br><br>    Defendants. | Case No. 15-cv-00155-MEJ<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 3/4/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah L. Ringchop
1660 Sunset Road
Brentwood, CA 94513

Stephen D. Ringchop
1660 Sunset Road
Brentwood, CA 94513

Dated: 3/4/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES